UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK TURK,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security[1],<br><br>        Defendant. | No. 2:17-cv-0767 AC<br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 3), is GRANTED.

2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

////

---

[1] In any civil action seeking review of the denial of disability benefits, the only proper defendant is the person holding the office of the Commissioner. See 42 U.S.C. § 405(g); 20 C.F.R. § 422.210(d). Accordingly, Nancy Berryhill has been substituted as the defendant in place of "Carolyn Colvin."

1

| | |
|---|---|
| 1 | 3. The Clerk of the Court is further directed to serve a copy of this order on the United |
| 2 | States Marshal. |
| 3 | 4. Within fourteen days from the date of this order, plaintiff shall submit to the United |
| 4 | States Marshal a completed summons and copies of the complaint and file a statement with the |
| 5 | court that said documents have been submitted to the United States Marshal. |
| 6 | 5. The United States Marshal is directed to serve all process without prepayment of costs |
| 7 | not later than sixty days from the date of this order. Service of process shall be completed by |
| 8 | delivering a copy of the summons and complaint to the United States Attorney for the Eastern |
| 9 | District of California, and by sending a copy of the summons and complaint by registered or |
| 10 | certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. |
| 11 | P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and complaint by |
| 12 | registered or certified mail to the Commissioner of Social Security, c/o Office of General |
| 13 | Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545. See Fed. R. |
| 14 | Civ. P. 4(i)(2). |

DATED: April 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2