UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK TURK,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:17-cv-00767 AC<br><br><br>ORDER |

On April 26, 2017 this court ordered that within ninety (90) days, "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." ECF No. 6. That ninety day period has since expired and plaintiff has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for plaintiff shall consent or decline to proceed before the Magistrate Judge in this case by completing and filing the form located at ECF No. 6-2. Failure to timely comply with this order may result in the imposition of sanctions.

DATED: August 16, 2017

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE