UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK TURK, | No. 2:17-cv-00767 AC |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On August 16, 2017, the court notified plaintiff that he had missed the deadline to complete and return his Consent to Assignment or Request for Reassignment ("Consent Form"), and ordered plaintiff to submit the form within 7 days or risk sanctions. ECF No. 9. That deadline has passed, and plaintiff has made no responsive filing. The court finds sanctions appropriate in accordance with Fed. R. Civ. P. 11 and Local Rule 110 ("Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

It is therefore ORDERED that plaintiff's counsel is sanctioned $250.00, made payable to the Clerk of Court, for failure to comply with this court's order. This amount is to be paid by plaintiff's counsel personally, and may not be charged to plaintiff.

////

1

It is further ORDERED that plaintiff shall file his Consent Form within seven (7) days of this order.  Failure to timely comply will result in further sanctions.

DATED: August 31, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE