**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**RODERICK TURK**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| RODERICK TURK, | No.   2:17-CV-00767 |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 16, 2017.

This is a first extension requested because plaintiff's counsel has multiple briefs due at essentially the same time, in addition to his other work.

[Pleading Title] - 1

Dated:   November 2, 2017                         /s/    *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


                                                  PHILLIP A. TALBERT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration

Dated:  November 2, 2017                           */s/ per e-mail authorization*

                                                  BEN PORTER
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 16, 2017.

SO ORDERED.

Dated: November 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE