**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**RODERICK TURK**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**RODERICK TURK,**                                        No.   2:17-CV-00767-AC

                        **Plaintiff,**

                                                          **STIPULATION AND  [proposed]**
                                                          **ORDER FOR  SECOND**
                                                          **EXTENSION OF**
                                                          **TIME TO FILE PLAINTIFF'S**
        **v.**                                            **MOTION FOR SUMMARY**
                                                          **JUDGMENT**

**NANCY BERRYHILL, Acting**
   **Commissioner of Social Security,**

                        **Defendant.**
_____/

        IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 17, 2017.

        This is a second extension but of only one additional day, which the parties agree works no prejudice to either of them and should only slightly affect the Court.

Dated:   November 16, 2017                        /s/    _Jesse S. Kaplan_
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: November 16, 2017                    _/s/ per e-mail authorization_

BEN PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

     For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 17, 2017.

     SO ORDERED.

DATED: November 17, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE