**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**RODERICK TURK**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **RODERICK TURK,** | No.   2:17-CV-00767-AC |
| **Plaintiff,** | STIPULATION AND [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a reply brief is extended to January 10, 2018.

[Pleading Title] - 1

Dated:   January 5, 2018                       /s/     Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  January 5, 2018                         /s/ per e-mail authorization

BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to January 10, 2018.

SO ORDERED.

Dated:  January 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE